UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ANITA AUCHARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09-CV-54 |
| | ) | |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently related to the previously filed case of Mays v. Tennessee Valley Authority, 3:09-CV-06 (Varlan/Guyton), that this case also should be assigned to District Judge Thomas A. Varlan and Magistrate Judge H. Bruce Guyton. However, consolidation is not ordered. Additionally, the parties are advised that a joint scheduling conference, involving this case and four[1] other related cases, has been scheduled before Judge Varlan in Courtroom 3C for **February 26, 2009, at 2:00 p.m.**

**IT IS SO ORDERED.**

ENTER:

　　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge

---

[1] Mays v. TVA, 3:09-CV-6; Blanchard v. TVA, 3:09-CV-9; Giltnane v. TVA, 3:09-CV-14; and Raymond v. TVA, 3:09-CV-48.