UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ANITA AUCHARD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No.: 3:09-CV-54 |
| ) | (VARLAN/GUYTON) |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Report and Recommendation (the "R&R") entered by U.S. Magistrate Judge H. Bruce Guyton on June 13, 2011 [Doc. 461]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 461] and **DENIES as moot** defendant Tennessee Valley Authority's Motion to Dismiss, Without Prejudice, Medical Claims of 53 Plaintiffs [Doc. 283].

IT IS SO ORDERED.

                                                              s/ Thomas A. Varlan
                                                            UNITED STATES DISTRICT JUDGE